**Order entered April 14, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00377-CV**

**IN THE BEST INTEREST AND PROTECTION OF E.P., Appellant**

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MI-20-00463**

**ORDER**

Before the Court are appellant's April 10, 2020 motion for a twenty-day extension of time to file his brief and court reporter Charletta Breed's April 10, 2020 request for a fourteen-day extension of time to file a supplemental reporter's record containing two State's exhibits. The exhibits appear to be related to appellee's cross-appeal.

We **GRANT** the extensions. We **ORDER** Ms. Breed to file the supplemental reporter's record no later than April 24, 2020 and, as the supplemental reporter's record does not appear necessary to appellant's appeal, we **ORDER** appellant to file his brief no later than April 30, 2020.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE